Order issued November 30 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01000-CV

**RUSSELL D. ABEREGG, Appellant**

V.

**MONICA CESCHAN, Appellee**

## ORDER

We **DENY** appellant's November 21, 2012 motion for temporary stay.

ELIZABETH LANG-MIERS
JUSTICE